**PARKER McCAY**

Parker McCay P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054-5054

P: 856.596.8900
F: 856.596.9631
www.parkermccay.com
**J. Brooks DiDonato, Esquire**
P: 856-985-4047
F: 856-494-1715
bdidonato@parkermccay.com

*ELECTRONICALLY FILED*

January 26, 2022

File No. 15108/JBD

Clerk
**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
US Courthouse
402 E. State Street
Trenton, New Jersey  08608**

> Re: **Will Smith v. City of Trenton, et al
> Docket No. MER-L-002688-21**

Dear Sir/Madam:

Enclosed please find the following documents on behalf of the defendants, City of Trenton, Police Officer Antonio Wilkie-Guiot, Police Officer Paul Daniels, Sergeant William Salhanick and Police Director Sheilah Coley, pursuant to the above matter:

- **Civil Cover Sheet;**
- **Notice of Removal;**
- **Notice of Filing of Removal, Certification** of Service and Proof of Mailing; and
- **Filing Fee (credit card)**

By copy of this correspondence, I am serving copies of the enclosed documents on all parties. Thank you for your courtesy and consideration in this matter.

Respectfully,

*s/ J. BROOKS DIDONATO*
J. BROOKS DiDONATO

JBD/dle
Encl.
Cc:    Tracey C. Hinson, Esquire
       Eric D. Dakhari, Esquire

COUNSEL WHEN IT MATTERS.℠

Mount Laurel, New Jersey | Hamilton, New Jersey | Atlantic City, New Jersey | Camden, New Jersey